Filing # 46193219 E-Filed 09/08/2016 12:49:20 PM

## IN THE NINTH JUDICIAL CIRCUIT
## IN AND FOR ORANGE COUNTY, FLORIDA

MERLYN OSBORNE,

              **Plaintiff,**

vs.

TD BANK, NATIONAL ASSOCIATION
& TRANS UNION LLC,

**Defendant.**

_____/

CASE NO.:

DIVISION:

## STATEMENT OF CLAIM

COMES NOW, the Plaintiff, MERLYN OSBORNE, hereinafter "Plaintiff" by and through the undersigned counsel and hereby brings this amended action against Defendant, TD BANK USA, and Defendant TRANS UNION LLC, hereinafter "Defendants", for statutory and/or actual damages, and attorney's fees for violations under the Fair Credit Reporting Act 15 U.S.C. §1681 et seq. (hereinafter "FCRA"), and in support thereof alleges as follows:

## JURISDICTION

1.    Jurisdiction is conferred on this Court by Title 28 U.S.C. §1331 and 15 U.S.C. §1681 et seq.

## VENUE

2.    Venue is proper in this county pursuant to 28 U.S.C. §1391 (b) and (c), as the unlawful practices alleged herein took place in Florida, and the Defendants transact business in Florida and the transaction that is the basis of Plaintiff's Complaint occurred within the District and venue, therefore, properly lies in this Court.

## PARTIES

3.    Plaintiff, MERLYN OSBORNE is an individual residing in the State of Florida, and is a "consumer" as defined by §1681a(c) of the FCRA and as amended in §1692 et seq.

4.      Plaintiff brings this action against Defendants based on the Defendants' practice of violating 15 U.S.C. §1681i, a provision of the FCRA.

5.      Defendant, TD BANK USA, a National association, that regularly conducts business in the State of Florida where it engages and conducts business and Defendant is considered a "person" as defined by 15 U.S.C. § 1681a(b) and a "furnisher of information" pursuant to 15 U.S.C §1681 of the FCRA.

6.      Defendant TRANS UNION LLC. is a Florida Foreign Corporation authorized to do business in Florida, and is engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports as defined in 15 U.S.C. § 1681d to third parties.

7.      Defendant, TRANS UNION LLC. is a consumer reporting agency (CRA) as defined in 15 U.S.C. §1681a(f).

## BACKGROUND

8.      The Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* (hereinafter "FCRA"), was originally enacted in 1970 for the purpose of regulating the collection, dissemination, and use of consumer credit information.

9.      On or about 05/09/2016, the Plaintiff mailed a dispute letter to the Defendant, TD BANK USA, in which Plaintiff notified the Defendant, TD BANK USA that she is disputing the debt and will not pay (see Exhibit "A").

10.     On or about 05/24/2016, Plaintiff specifically disputed the account listed on Plaintiff's credit report reported by the Defendant, TD BANK USA and demanded its correction or removal (see Exhibit "B").

11.     On 09/02/2016, TRANS UNION, LLC sent to Plaintiff an updated credit report which did not list the same debt as disputed (see Exhibit "C").

12.     Defendant, TRANS UNION, LLC notified Defendant, TD BANK USA, of Plaintiff's dispute.

13.    However, despite having received a dispute letter from the Plaintiff, Defendant, TRANS UNION LLC and Defendant, TD BANK USA failed to properly conduct a reasonable investigation and make the corrections to the Plaintiff's credit profile as required by 15 U.S.C. §1681i.

14.    As a result of the false, derogatory information reported in violation of §1681c(g), Plaintiff has suffered damages as a result of Defendants' incorrectly reporting Plaintiff's credit worthiness. Plaintiff now has an impaired ability to rebuild Plaintiff's credit worthiness and has had to abstain from applying for credit.  Defendants' misinforming third-parties as to the status of Plaintiff's account with incorrect, inaccurate, misleading and/or false information has led to Plaintiff's reputation becoming damaged; and the Plaintiff has suffered from an invasion of privacy, interference with Plaintiff's normal and usual activities, and mental and emotional pain, anguish, frustration, humiliation, anxiety, fear, and embarrassment of credit denials.

15.    As such, Defendant is liable to Plaintiff as promulgated by Congress in 15 U.S.C. §1681n.

## COUNT I
### VIOLATION OF THE FAIR CREDIT REPORTING ACT
### BY DEFENDANT, TRANS UNION LLC, 15 U.S.C. §1681E(b)

16.    Plaintiff re-alleges and incorporates the background allegations contained herein.

17.    Defendant, TRANS UNION LLC, violated 15 U.S.C. §1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning the Plaintiff.

18.    As a result of this conduct, action and inaction of TRANS UNION LLC, the Plaintiff suffered damage by loss of credit, loss of the ability to purchase and benefit from credit, the mental and emotional pain and anguish and the humiliation and embarrassment of credit denials.

19.    Defendant, TRANS UNION LLC's conduct, action and inaction was willful, rendering it liable for punitive damages in an amount to be determined at the Court pursuant to 15 U.S.C.

§1681n. In the alternative, it was negligent, entitling the Plaintiff to recover under 15 U.S.C. §1681o.

20.   The Plaintiff is entitled to recover costs and attorney's fees from Defendant TRANS UNION LLC, in an amount to be determined by the Court pursuant to 15 U.S.C. §1681n and/or §1681o.

**COUNT II**
**VIOLATION OF THE FAIR CREDIT REPORTING ACT**
**BY DEFENDANT, TRANS UNION LLC, 15 U.S.C. §1681i**

21.   Plaintiff re-alleges and incorporates the background allegations contained herein.

22.   Defendant, TRANS UNION LLC, violated 15 U.S.C. §1681i on multiple occasions by failing to correct, update or delete inaccurate information in the Plaintiff's credit file after receiving actual notice of such inaccuracies; by failing to conduct a lawful reinvestigation; by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file; and by relying upon verification from a source it has reason to know is unreliable.

23.   As a result of this conduct, action and inaction of Defendant, TRANS UNION LLC, the Plaintiff suffered damage by loss of credit, loss of the ability to purchase and benefit from credit, the mental and emotional pain and anguish and the humiliation and embarrassment of credit denials.

24.   Defendant, TRANS UNION LLC's conduct, action and inaction was willful, rendering it liable for punitive damages in an amount to be determined at the Court pursuant to 15 U.S.C. §1681n. In the alternative, it was negligent, entitling the Plaintiff to recover under 15 U.S.C. §1681o.

25.   The Plaintiff is entitled to recover costs and attorney's fees from Defendant TRANS UNION LLC, in an amount to be determined by the Court pursuant to 15 U.S.C. §1681n and/or §1681o.

## COUNT III
## VIOLATION OF THE FAIR CREDIT REPORTING ACT,
## 15 U.S.C. §1681S-2(B) AGAINST DEFENDANT, TD BANK USA

26. Plaintiff re-alleges and incorporates the background allegations contained herein.

27. At all times to this action, Defendant violated § 1681n and § 1681o of the FCRA by engaging in willful and negligent acts which violate § 1681s(2)(B).

## JURY DEMAND

28.  Plaintiff requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

**WHEREFORE**, Plaintiff prays that this Court enter the following relief against the Defendants:

(a)         Actual Damages pursuant to 15 U.S.C. §1681o(a) be awarded for each negligent violation as alleged herein;

(b)         Statutory Damages pursuant to 15 U.S.C. §1681n(a) be awarded for each willful violation as alleged herein;

(c)         Punitive Damages under 15 U.S.C. §1681n(a)(2);

(d)         Attorneys' fees, litigation expenses and costs pursuant to 15 U.S.C. §1681n(a)(3) and §1681o(a)(2);

(e)         Interest as permitted by law; and

(f)         Such other and further relief including as the Court deems equitable and just under the circumstances.

Dated:  September 8, 2016

Michael Tierney, P.A.
Michael Tierney, Esquire
Florida Bar No.: 643475
918 Beard Avenue
Winter Park, Florida 32789-1806
Tel: (407) 740-0074
Attorney for Plaintiff